9830840

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2015 JUN 16 P 4:07

United States of America
v.

Willie Berry, a/k/a "Sco" and "Scodough"

*Defendant*

Case No. 15cv10146 FDS
MBB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Willie Berry, a/k/a "Sco" and "Scodough",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute Cocaine Base, Cocaine, Heroin, and Oxycodone;
18 USC 2   - Aiding and Abetting.

Date: 06/16/2015

*Issuing officer's signature*

City and state: Boston, Massachusetts

Steve York, Deputy Clerk
*Printed name and title*

FILED IN CLERKS OFFICE
U.S. DISTRICT
DISTRICT OF
2015 JUN 19 AM 9:14

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

BY FBI
ARRAIGNMENT OF THE
6/18/2015

*Arresting officer's signature*

_____
*Printed name and title*