# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:15−mj−00504−1
### *Internal Use Only*

Case title: USA v. Berry

Other court case number: 1:15−cr−10146−FDS District of Massachusetts (Boston)

Date Filed: 06/18/2015

Date Terminated: 06/22/2015

Assigned to: Unassigned

**Defendant (1)**

| | |
|---|---|
| **Tony Berry** <br> *TERMINATED: 06/22/2015* <br> *also known as* <br> Mazibrawl <br> *TERMINATED: 06/22/2015* | represented by **Mildred Geckler Dunn** <br> Federal Defender Program Inc.−Atl <br> Suite 1500, Centennial Tower <br> 101 Marietta Street, NW <br> Atlanta, GA 30303 <br> 404−688−7530 <br> Email: Millie_Dunn@FD.Org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 − CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | |

**Plaintiff**

**USA**                                    represented by  **Jennifer Keen**
U.S. Attorney's Office–ATL
Assistant United States Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404–581–6257
Email: jennifer.keen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/18/2015 | | 3 | Arrest (Rule 40) of Tony Berry (ryc) (Entered: 06/22/2015) |
| 06/18/2015 | 1 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Mildred Geckler Dunn for Tony Berry. Signed by Magistrate Judge Janet F. King on 6/18/15. (ryc) (Entered: 06/22/2015) |
| 06/18/2015 | 2 | 5 | MOTION for Detention by USA as to Tony Berry. (ryc) (Entered: 06/22/2015) |
| 06/18/2015 | 3 | 8 | Minute Entry for proceedings held before Magistrate Judge Janet F. King: Initial Appearance in Rule 5(c)(3) Proceedings as to Tony Berry held on 6/18/2015. Defendant WAIVES identity hearing. Waiver filed. Government's motion for detention filed. Detention hearing set for 6/22/2015 at 10:30 AM in ATLA Courtroom 2008 before Magistrate Judge Janet F. King. (Attachments: # 1 Copy of Indictment) (Tape #FTR GOLD) (ryc) (Entered: 06/22/2015) |
| 06/18/2015 | 4 | 16 | WAIVER of Rule 5 &5.1 Hearings by Tony Berry (ryc) (Entered: 06/22/2015) |
| 06/18/2015 | 5 | 17 | Order of Temporary Detention pursuant to Bail Reform Act by Magistrate Judge Janet F. King as to Tony Berry. Detention Hearing set for 6/22/2015 at 10:30 AM in ATLA Courtroom 2008 before Magistrate Judge Janet F. King. (ryc) (Entered: 06/22/2015) |
| 06/22/2015 | 6 | 18 | Minute Entry for proceedings held before Magistrate Judge Janet F. King: Commitment issued to District of Massachusetts as to Tony Berry. Special Conditions: Detention hearing to be held in Massachusetts. (Tape #FTR) (ryc) (Entered: 06/22/2015) |
| 06/22/2015 | 7 | 19 | COMMITMENT TO ANOTHER DISTRICT as to Tony Berry. Defendant committed to the District of Massachusetts (Boston). Signed by Magistrate Judge Janet F. King on 6/22/15. (ryc) (Entered: 06/22/2015) |
| 06/22/2015 | | 20 | Magistrate Case Closed. Defendant Tony Berry terminated. (ryc) (Entered: 06/22/2015) |
| 06/22/2015 | | 21 | Transmittal of Rule 5(c)(3) Documents as to Tony Berry, sent to the District of Massachusetts (Boston) electronically with a copy of the docket sheet. (ryc) (Entered: 06/22/2015) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Jennifer Keen (gaylene.berberick@usdoj.gov,
geraldine.curry-davis@usdoj.gov, jennifer.keen@usdoj.gov,
usagan.motionsresponses@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7169919@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00504 USA v. Berry Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 6/22/2015 at 11:30 AM EDT and filed on 6/18/2015

| | |
|---|---|
| **Case Name:** | USA v. Berry |
| **Case Number:** | 1:15–mj–00504 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 40) of Tony Berry (ryc)**

**1:15–mj–00504–1 Notice has been electronically mailed to:**

Jennifer Keen    jennifer.keen@usdoj.gov, Gaylene.Berberick@usdoj.gov,
Geraldine.Curry–davis@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:15–mj–00504–1 Notice has been delivered by other means to:**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 1 8 2015

James N. Hatten, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TONY BERRY a/k/a Mazibrawl,

        Defendant.

CASE NO. 1:15-MJ-504

## ORDER APPOINTING COUNSEL

### MILLIE DUNN

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 18TH day of June, 2015.

**UNITED STATES MAGISTRATE JUDGE**

4



FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 1 8 2015

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

TONY BERRY

Criminal Action No.
1:15-MJ-504

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, Acting United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A drug offense having a maximum term of imprisonment of 10 years or more; and

A serious risk that the defendant will flee.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4.  Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: June 18, 2015.

Respectfully submitted,

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6257

JOHN A. HORN
Acting United States Attorney

JENNIFER KEEN
Assistant United States Attorney
Ga. Bar No. 231778

2

## Certificate of Service

I served this document today by handing a copy to defense counsel:

June 18, 2015

/s/ JENNIFER KEEN
JENNIFER KEEN
Assistant United States Attorney

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**                    FILED IN OPEN COURT

| | | |
|---|---|---|
| DATE: | 6/18/15 | @   2:09 pm |
| TAPE: | **FTR** GOLD | |
| TIME IN COURT: | 19   **Mins** | |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | **JANET F. KING** | COURTROOM DEPUTY CLERK: | **K. THORNTON** |
| CASE NUMBER: | **1:15-mj-504** | DEFENDANT'S NAME: | Tony Berry |
| AUSA: | Jennifer Keen | DEFENDANT'S ATTY: | Millie Dunn |
| USPO / PTR: | Michael Murphy | ( ) Retained   ( ) CJA   ( X ) FDP   ( ) Waived | |

_____   ARREST DATE   _____

X   Initial appearance hearing held.                    X   Defendant informed of rights.

_____   Interpreter sworn: _____

**COUNSEL**

X   ORDER appointing Federal Defender as counsel for defendant.

_____   ORDER appointing _____ as counsel for defendant.

_____   ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

X   Defendant WAIVES identity hearing.                    X   WAIVER FILED

_____   Identity hearing HELD.   _____   Def is named def. in indictment/complaint; held for removal to other district.

_____   Defendant WAIVES preliminary hearing in this district only.   _____   WAIVER FILED

_____   Preliminary hearing HELD.   _____   Probable cause found; def. held to District Court for removal to other district

_____   Commitment issued to.

**BOND/PRETRIAL DETENTION HEARING**

X   Government motion for detention filed. Detention hearing set   June 22, 2015   @   10:30 a.m.

_____   Pretrial hearing set for _____ @ _____   ( _____ In charging district.)

_____   Bond/Pretrial detention hearing held.

_____   Government motion for detention   ( ) GRANTED   ( ) DENIED

_____   Pretrial detention ordered.   _____   Written order to follow.

_____   BOND set at   $ _____   _____   NON-SURETY   _____   SURETY

              _____   cash   _____   property   _____   corporate surety ONLY

_____   SPECIAL CONDITIONS: _____

_____   Bond filed.  Defendant released.

_____   Bond not executed.   Defendant to remain in Marshal's custody.

_____   Motion   ( _____ verbal)   to reduce/revoke bond filed.

_____   Motion to reduce/revoke bond   _____   GRANTED   _____   DENIED

_____   See page 2

8

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. *15 Cr 10146* |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.    **WILLIE BERRY,** a/k/a "Sco," and | ) | 21 U.S.C. § 846 – |
|        a/k/a "Scodough," | ) | Conspiracy to Distribute Cocaine |
| 2.    **TONY BERRY,** a/k/a "Mazibrawl," | ) | Base, Cocaine, Heroin and |
| 3.    **FRANCISCO ARIAS,** a/k/a "Emilio | ) | Oxycodone |
|        Perez," | ) | |
| 4.    **ANTONIO CHATMAN,** | ) | 21 U.S.C. § 853 -- |
| 5.    **DAVID COKE,** a/k/a "Slime," | ) | Criminal Forfeiture Allegation |
| 6.    **ROSHAUN HAWKINS,** a/k/a "Pretty," | ) | |
| 7.    **JUAN LARA,** a/k/a "Miguel," | ) | |
| 8.    **DESMOND PERSON,** and | ) | |
| 9.    **JAMES WILLIAMS,** | ) | |
|                          Defendants. | ) | |

### INDICTMENT

**COUNT ONE:**          (Title 21, United States Code, Section 846 -- Conspiracy to Distribute Cocaine Base, Cocaine, Heroin, and Oxycodone)

The Grand Jury charges that:

From a time unknown to the Grand Jury and continuing until on or about June 16, 2015, at

Boston, and elsewhere in the District of Massachusetts; at the Bronx, and elsewhere in the

Southern District of New York; at Atlanta, and elsewhere in the Northern District of Georgia; and

at other places presently known and unknown:

1.    **WILLIE BERRY,** a/k/a "Sco," and
       a/k/a "Scodough,"
2.    **TONY BERRY,** a/k/a "Mazibrawl,"
3.    **FRANCISCO ARIAS,** a/k/a "Emilio
       Perez,"
4.    **ANTONIO CHATMAN,**
5.    **DAVID COKE,** a/k/a "Slime,"
6.    **ROSHAUN HAWKINS,** a/k/a "Pretty,"

1

7.      **JUAN LARA,** a/k/a "Miguel,"
8.      **DESMOND PERSON,** and
9.      **JAMES WILLIAMS,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with

each other, and with other persons known and unknown to the Grand Jury, to distribute, and to

possess with intent to distribute, cocaine, a Schedule II controlled substance, cocaine base, a

Schedule II controlled substance, heroin, a Schedule I controlled substance, and oxycodone, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved 500 grams or

more of a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii), is applicable to this count.

The Grand Jury further charges that 500 grams or more of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, is attributable and

were reasonably foreseeable to defendant **WILLIE BERRY**.   Accordingly, Title 21, United

States Code, Section 841(b)(1)(B)(ii), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 280 grams or

more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

The Grand Jury further charges that 280 grams or more of a mixture and substance

containing a detectable amount of cocaine base, a Schedule II controlled substance, is attributable

and were reasonably foreseeable to defendant **WILLIE BERRY**.   Accordingly, Title 21, United

2

States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii). Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

The Grand Jury further charges that 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, is attributable and were reasonably foreseeable to defendant **DESMOND PERSON.** Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i).   Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i), is applicable to this count.

The Grand Jury further charges that 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable and were reasonably foreseeable to defendants **WILLIE BERRY, FRANCISCO ARIAS**, and **DAVID COKE.** Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).   Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i), is applicable to this count.

3

The Grand Jury further charges that 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable and reasonably foreseeable to defendant **ROSHAUN HAWKINS.** Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i), is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury further charges that:

1.    As a result of the offense alleged in Count One of this Indictment:

      1.    **WILLIE BERRY**, a/k/a "Sco," and a/k/a "Scodough,"
      2.    **TONY BERRY**, a/k/a "Mazibrawl,"
      3.    **FRANCISCO ARIAS**, a/k/a "Emilio Perez,"
      4.    **ANTONIO CHATMAN**,
      5.    **DAVID COKE**, a/k/a "Slime,"
      6.    **ROSHAUN HAWKINS**, a/k/a "Pretty,"
      7.    **JUAN LARA**, a/k/a "Miguel,"
      8.    **DESMOND PERSON**, and
      9.    **JAMES WILLIAMS**,

defendants herein, shall forfeit to the United States, jointly and severally, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to:

    (a)    one gray 2011 Infiniti M37X sedan bearing VIN JN1BY1AR2BM374404 and Massachusetts registration 787BW7.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided

without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the property described in

paragraph 1 above, including but not limited to:

    (a)    the real property located at 2300 Burdett Ridge Drive, Atlanta, Georgia, including all buildings, appurtenances and improvements thereon;

    (b)    the real property located at 5335 Willow Park Boulevard, College Park, Georgia, including all buildings, appurtenances and improvements thereon;

    (c)    the real property located at 7840 Bar Harbor Drive, Riverdale, Georgia, including all buildings, appurtenances and improvements thereon;

    (d)    the real property located at 330 Blue Sail Lane, Atlanta, Georgia, including all buildings, appurtenances and improvements thereon; and

    (e)    one red 1973 Buick Electra bearing VIN 4V39T3Y209736 and Massachusetts registration 1BY193.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

_____

FOREPERSON OF THE GRAND JURY

_____

EMILY CUMMINGS
MICHAEL J. CROWLEY
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS                    June 16, 2015

Returned into the District Court by the Grand Jurors and filed.

_____

Deputy Clerk

12:10 pm

6/16/15

7

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

JUN 1 8 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

_____NORTHERN_____    DISTRICT OF    _____GEORGIA_____

UNITED STATES OF AMERICA

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint/Indictment)

V.

CASE NUMBER:  1:15-MJ-504

_____TONY BERRY, a/k/a Mazibrawl_____

Defendant

CHARGING DISTRICTS
CASE NUMBER:  15-cr-10146

I understand that charges are pending in the _____ District of    __MASSACHUSETTS__

alleging violation of  __21:846_____ and that I have been arrested in this district and

(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)    identity hearing

(  )    preliminary hearing

(  )    identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

6/18/15
_____
Date

_____
Defense Counsel

AO 470 (Rev. 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 1 8 2015

James N. Hatten, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__   District of   __GEORGIA__

U ITED STATES OF AMERICA

V.

TONY BERRY

_Defendant_

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case        1:15-MJ-504

Upon motion of the _____ U. S. GOVERNMENT _____ , it is ORDERED that a

detention hearing is set ____ June 22, 2015 ____ * at ____ 10:30 a.m. ____
                              _Date_                        _Time_

before _____ JANET F. KING _____
                 _Name of Judicial Officer_

Courtroom 2008,  U. S. Courthouse 75 Spring Street, S.W. Atlanta., GA 30303
                        _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
           _Other Custodial Official_

Date: __6/18/15__        _____
                                 _Judicial Officer_

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

17

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE:  6/22/15     @   10:32  am

TAPE:  **FTR** GOLD

TIME IN COURT:   03   **Mins**

MAGISTRATE JUDGE   **JANET F. KING**     COURTROOM DEPUTY CLERK:  **K. THORNTON**

CASE NUMBER:   **1:15-MJ-504**     DEFENDANT'S NAME:   Tony Berry

AUSA:   Jennifer Keen for Mary Roemer     DEFENDANT'S ATTY:   Nicole Kaplan for Millie Dunn

USPO / PTR: _____     ( ) Retained   ( ) CJA   ( X ) FDP   ( ) Waived

_____ ARREST DATE _____

_____ Initial appearance hearing held.     _____ Defendant informed of rights.

_____ Interpreter sworn: _____

### COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.     _____ WAIVER FILED

_____ Identity hearing HELD.   _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.     _____ WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district

x    Commitment issued to District of Massachusetts.

### BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed.  Pretrial hearing set for _____ @ _____

_____ Pretrial hearing set for _____ @ _____   ( ___ In charging district.)

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention  ( ) GRANTED   ( ) DENIED

_____ Pretrial detention ordered.   _____ Written order to follow.

_____ BOND set at   $ _____     _____ NON-SURETY     _____ SURETY

_____ cash     _____ property     _____ corporate surety ONLY

X    SPECIAL CONDITIONS:   Detention hearing to be held in Massachusetts

_____ Bond filed.  Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   ( ___ verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED

_____ See page 2

18

AO 94 (10/82) Commitment to Another District (Rule 40, FRCrP)

FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

JUN 2 2 2015

James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA,

**COMMITMENT TO ANOTHER DISTRICT**

vs.

TONY BERRY a/k/a Mazibrawl,

CASE NO. 1;15-MJ-504

Charges against the defendant are filed based upon a(n):

☒ indictment      ☐ information      ☐ complaint      ☐ other (specify)

charging a violation of **Title 21, United States Code, Section(s) 846.**

**DISTRICT OF OFFENSE:**      MASSACHUSETTS

**DATE OF OFFENSE:**

**DESCRIPTION OF CHARGES:**   drugs

**BOND IS FIXED AT:**   $ detained pending removal with detention hearing held in charging district.

**TO:    THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 22nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

**Date Commitment Order Received:**   _____

**Place of Commitment:**   _____

**Date Defendant Committed:**   _____

**Date:**   _____

**United States Marshal:**   _____

**(By) Deputy Marshal:**   _____

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Mildred Geckler Dunn (belinda_rogers@fd.org, ganat_ecf@fd.org,
millie_dunn@fd.org), Jennifer Keen (gaylene.berberick@usdoj.gov,
geraldine.curry-davis@usdoj.gov, jennifer.keen@usdoj.gov,
usagan.motionsresponses@usdoj.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:7170031@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00504 USA v. Berry Termination of Magistrate Case
```
Content–Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 6/22/2015 at 12:01 PM EDT and filed on 6/22/2015

**Case Name:**        USA v. Berry

**Case Number:**      1:15–mj–00504

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **Magistrate Case Closed. Defendant Tony Berry terminated. (ryc)**

**1:15–mj–00504–1 Notice has been electronically mailed to:**

Jennifer Keen    jennifer.keen@usdoj.gov, Gaylene.Berberick@usdoj.gov,
Geraldine.Curry–davis@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Mildred Geckler Dunn   Millie_Dunn@FD.Org, belinda_rogers@fd.org, GANAT_ECF@FD.ORG

**1:15–mj–00504–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Mildred Geckler Dunn (belinda_rogers@fd.org, ganat_ecf@fd.org,
millie_dunn@fd.org), Jennifer Keen (gaylene.berberick@usdoj.gov,
geraldine.curry-davis@usdoj.gov, jennifer.keen@usdoj.gov,
usagan.motionsresponses@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7170039@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00504 USA v. Berry Transmittal of Rule 5(c)(3) Documents
```
Content–Type: text/html

### U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 6/22/2015 at 12:06 PM EDT and filed on 6/22/2015

**Case Name:**       USA v. Berry

**Case Number:**    <u>1:15–mj–00504</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Transmittal of Rule 5(c)(3) Documents as to Tony Berry, sent to the District of Massachusetts (Boston) electronically with a copy of the docket sheet. (ryc)**

**1:15–mj–00504–1 Notice has been electronically mailed to:**

Jennifer Keen    jennifer.keen@usdoj.gov, Gaylene.Berberick@usdoj.gov,
Geraldine.Curry–davis@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Mildred Geckler Dunn   Millie_Dunn@FD.Org, belinda_rogers@fd.org, GANAT_ECF@FD.ORG

**1:15–mj–00504–1 Notice has been delivered by other means to:**