I acknowledge and agree that I have reviewed the Agreement dated August 3, 2015, and the Protective Order issued by the Court as to Discovery Materials in the case of **United States v. Willie Berry et al.** (Case No. 15cr10146-FDS), and agree that I am bound by the terms of the Agreement and corresponding Order.


Dated:

_____