UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-10146-FDS |
| | ) |
| ANTONIO CHATMAN | ) |

## ASSENTED-TO MOTION FOR A RULE 11 HEARING

Now comes the United States, through counsel, and with the assent of the defendant requests that this Court schedule a Rule 11 hearing in this matter any time the morning of either October 27 or 30, 2015, any time on either November 4 or 6, 2015, or any day after that is convenient with the court. The parties further request that the time from the date of the Status Conference on September 21, 2015, until the Rule 11 hearing be excluded from consideration under the Speedy Trial Act, as the delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A).

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:  /s/Emily Cummings
      EMILY CUMMINGS
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 21, 2015.

                                        /s/ Emily Cummings
                                        EMILY CUMMINGS
                                        Assistant U.S. Attorney