5/10/16

Honorable Marianne B. Bowler
US Magistrate Judge
One Courthouse Way
Boston, MA 02210

Dear Judge Bowler

    My name is Sylvia Miranda, Tony Berry is my partner. I'm just writing this letter for consideration in letting Tony out on house arrest. I know you probably get a lot of request regarding this situation and I know, asking for him to come to another state is difficult. Especially in regards to previous circumstances on which he came before, we have one child together and we moved down to Georgia for a better life. I left my family and Tony is all I have, it has been very difficult for me to get back to schedule. I had to quit school, just to take care of the kids 100 percent. I have a full time job and work part time every other weekend, I'm very lucky to have gotten a part time job with delta, so I can fly to Boston for his hearings. Tony will also be able to travel for free so there will not be any problems for him to come to Massachusetts for his court hearings. I have done everything that was needed for you to possibly consider the request. Again I know you get a lot of requests, if you can please consider his situation I would greatly greatly appreciate it.

Thank you,

*[signature]*

Sylvia Miranda

If you need to speak with me please don't hesitate to call

857-829-0044